# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Goodwin, Charles B. | U.S. District Court for the Western District of Oklahoma | 8/1/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ☐ Nomination  Date<br>☐ Initial  ✔ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

200 NW 4th Street, Room 1305
Oklahoma City, OK 73102

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodwin, Charles B. | 8/1/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | Mayflower Congregational Church |
| 2. | 2019 | Westminster School |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodwin, Charles B. | 8/1/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑    NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐    NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | US Bank | Mortgage on Rental Property #1 Oklahoma City, OK (Part VII, Line 155) | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Goodwin, Charles B.** | 8/1/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e g , div , rent, or int ) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e g , buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 1. Allegiance Credit Union | A | Interest | K | T | | | | | |
| 2. Bank of America Checking (X) | A | Interest | J | T | | | | | |
| 3. Bank of America Savings (X) | A | Interest | J | T | | | | | |
| 4. Brokerage Account #1 (H) | | | | | | | | | |
| 5. -Merrill Lynch Cash Equivalent Account See Part VIII | A | Interest | L | T | | | | | |
| 6. Brokerage Account #2 (H) | | | | | | | | | |
| 7. -Merrill Lynch Cash Equivalent Account | A | Interest | J | T | | | | | |
| 8. -Fidelity Advisor New FNIAX | A | Dividend | | | Sold | 05/24/19 | L | A | |
| 9. -Franklin Cust Fd FKINX | B | Dividend | | | Sold | 05/24/19 | K | A | |
| 10. -Putnam Capital Spectrum PVSAX | A | Dividend | | | Sold | 05/24/19 | K | A | |
| 11. -Victory Floating Rate Fund RSFLX | B | Dividend | | | Sold | 05/23/19 | K | A | |
| 12. Brokerage Account #3 (H) | | | | | | | | | |
| 13. Merrill Lynch Cash Equivalent Account | A | Interest | J | T | | | | | |
| 14. -AAM Bahl & Gaynor Income AFNIX | A | Dividend | K | T | Buy | 12/24/19 | K | | |
| 15. | | | | | | 12/26/19 | J | | |
| 16. -AB High Income Muni ABTYX | A | Dividend | K | T | Buy | 12/24/19 | J | | |
| 17. | | | | | Buy (add'l) | 12/26/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodwin, Charles B. | 8/1/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   -AB Muni Income Fund ALTVX | B | Dividend | K | T | Buy | 12/24/19 | K | | |
| 19. | | | | | Buy (add'l) | 12/26/19 | K | | |
| 20.   -Blackrock Global BIBDX | A | Dividend | K | T | Buy | 12/24/19 | J | | |
| 21. | | | | | Buy (add'l) | 12/26/19 | J | | |
| 22.   -Blackrock Liquidity Fund TSTXX | A | Dividend | | | Buy | 08/16/19 | J | | |
| 23. | | | | | Sold | 12/24/19 | J | A | |
| 24.   -Blackrock Strategic Muni MAMTX | B | Dividend | K | T | Buy | 12/24/19 | K | | |
| 25. | | | | | Buy (add'l) | 12/26/19 | J | | |
| 26.   -Blackstone Alt Multi BXMIX | A | Dividend | | | Sold | 12/24/19 | J | A | |
| 27.   -Clearbridge Large Cap SBLYX | A | Dividend | J | T | Buy | 12/24/19 | J | | |
| 28. | | | | | Buy (add'l) | 12/26/19 | J | | |
| 29.   -Columbia Dividend Income GSFTX | A | Dividend | K | T | Buy | 12/24/19 | J | | |
| 30. | | | | | Buy (add'l) | 12/26/19 | J | | |
| 31.   -Comm Services Select XLC | A | Dividend | | | Buy | 01/18/19 | J | | |
| 32. | | | | | Sold | 12/26/19 | J | A | |
| 33.   -Consumer Discretionary XLY | A | Dividend | | | Sold | 12/26/19 | J | B | |
| 34.   -Eaton Vance Atlanta EISMX | A | Dividend | J | T | Buy | 12/24/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Goodwin, Charles B. | 8/1/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | Buy<br>(add'l) | 12/26/19 | J | | |
| 36.    -Fidelity Adv Intl Cap FCPIX | A | Dividend | J | T | Buy | 12/24/19 | J | | |
| 37. | | | | | Buy<br>(add'l) | 12/26/19 | J | | |
| 38.    -First Trust Dow Jones FDN | A | Dividend | | | Sold | 12/26/19 | J | A | |
| 39.    -FPA Crescent Fund FPACX | A | Dividend | | | Buy<br>(add'l) | 02/04/19 | J | | |
| 40. | | | | | Sold | 12/24/19 | J | A | |
| 41.    -Frt Trt Val Indx FVD | A | Dividend | J | T | Buy | 12/26/19 | J | | |
| 42.    -Health Care Select SPDR XLV | A | Dividend | | | Sold<br>(part) | 04/25/19 | J | A | |
| 43. | | | | | Buy<br>(add'l) | 07/18/19 | J | | |
| 44. | | | | | Sold | 12/26/19 | J | B | |
| 45.    -Invesco Emerging Markets PCY | A | Dividend | | | Sold<br>(part) | 01/18/19 | J | A | |
| 46. | | | | | Sold<br>(part) | 03/22/19 | J | A | |
| 47. | | | | | Sold | 12/26/19 | J | A | |
| 48.    -Invesco Preferred ETF PGX | A | Dividend | | | Sold | 12/26/19 | J | A | |
| 49.    -Invesco S&P 500 Low SPLV | A | Dividend | J | T | Buy | 12/26/19 | J | | |
| 50.    -IShares Core S&P 500 ETF IVV | A | Dividend | J | T | Buy | 12/26/19 | J | | |
| 51.    -IShares NASDAQ Biotech IBB | A | Dividend | | | Sold | 12/26/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Goodwin, Charles B.** | 8/1/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  -IShares IBoxx LQD | A | Dividend | | | Sold (part) | 01/18/19 | J | A | |
| 53. | | | | | Buy (add'l) | 03/22/19 | J | | |
| 54. | | | | | Sold | 12/26/19 | J | A | |
| 55.  -IShares IBoxx High Yeild HYG | A | Dividend | | | Sold (part) | 01/18/19 | J | A | |
| 56. | | | | | Sold | 12/26/19 | J | A | |
| 57.  -IShares Inc Core MSCI IEMG | A | Dividend | | | Buy (add'l) | 01/18/19 | J | | |
| 58. | | | | | Sold (part) | 06/17/19 | J | A | |
| 59. | | | | | Buy (add'l) | 09/03/19 | J | | |
| 60. | | | | | Sold | 12/26/19 | K | A | |
| 61.  -IShares MBS ETF MBB | A | Dividend | | | Buy (add'l) | 01/18/19 | J | | |
| 62. | | | | | Sold | 12/26/19 | K | A | |
| 63.  -IShares Morningstar JKG | A | Dividend | J | T | Buy | 12/24/19 | J | | |
| 64.  -IShares Tips TIP | A | Dividend | | | Sold | 12/26/19 | J | A | |
| 65.  -IShares TR Core MSCI EAF IEFA | A | Dividend | | | Sold (part) | 01/18/19 | J | A | |
| 66. | | | | | Sold (part) | 06/17/19 | J | A | |
| 67. | | | | | Sold | 12/26/19 | K | A | |
| 68.  -IShares 3-7 Year IEI | A | Dividend | | | Sold (part) | 01/18/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Goodwin, Charles B.** | 8/1/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | Sold | 12/26/19 | J | A | |
| 70. -Janus Henderson Global HFQIX | A | Dividend | J | T | Buy | 12/24/19 | J | | |
| 71. | | | | | Buy<br>(add'l) | 12/26/19 | J | | |
| 72. -JP Morgan Equity Income HLIEX | A | Dividend | K | T | Buy | 12/24/19 | J | | |
| 73. | | | | | Buy<br>(add'l) | 12/26/19 | J | | |
| 74. -JP Morgan Large Cap SEEGX | A | Dividend | J | T | Buy | 12/24/19 | J | | |
| 75. | | | | | Buy<br>(add'l) | 12/26/19 | J | | |
| 76. -Mainstay Epoch Global EPSYX | A | Dividend | J | T | Buy | 12/24/19 | J | | |
| 77. | | | | | Buy<br>(add'l) | 12/26/19 | J | | |
| 78. -Mainstay Mackay MCNVX | A | Dividend | J | T | Buy | 12/24/19 | J | | |
| 79. | | | | | Buy<br>(add'l) | 12/26/19 | J | | |
| 80. -Mainstay Mackay High MMHIX | A | Dividend | K | T | Buy | 12/24/19 | J | | |
| 81. | | | | | Buy | 12/26/19 | J | | |
| 82. -Materials Select Sector XLB | A | Dividend | | | Sold | 12/26/19 | J | A | |
| 83. -Nuveen Preferred NPSRX | A | Dividend | J | T | Buy | 12/24/19 | J | | |
| 84. | | | | | Buy<br>(add'l) | 12/26/19 | J | | |
| 85. -Vaneck Vectors J.P. EMLC "f/k/a<br>Marketing Vectores Emrg Mkts EMLC" | A | Dividend | | | Sold | 12/26/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodwin, Charles B. | 8/1/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.   -Materials Select Sector XLB | A | Dividend | | | Sold | 03/22/19 | J | A | |
| 87.   -Real Estate Select XLRE | A | Dividend | | | Sold | 12/26/19 | J | A | |
| 88.   -Sector SPDR Consmrs STPL XLP | A | Dividend | | | Buy (add'l) | 01/18/19 | J | | |
| 89. | | | | | Sold (part) | 03/22/19 | J | A | |
| 90. | | | | | Sold | 12/26/19 | J | B | |
| 91.   -Sector SPDR Energy XLE | A | Dividend | | | Sold | 12/26/19 | J | A | |
| 92.   -Sector SPDR Industrial XLI | A | Dividend | | | Sold (part) | 01/18/19 | J | A | |
| 93. | | | | | Sold (part) | 12/12/19 | J | A | |
| 94. | | | | | Sold | 12/26/19 | J | C | |
| 95.   -Sector SPDR Utilites XLU | A | Dividend | | | Sold | 12/26/19 | J | A | |
| 96.   -SPDR S&P Insurance KIE | A | Dividend | | | Sold | 12/26/19 | J | A | |
| 97.   -T Rowe Price Dividend PRDGX | A | Dividend | K | T | Buy | 12/24/19 | K | | |
| 98. | | | | | Buy (add'l) | 12/26/19 | J | | |
| 99.   -Thornburg Limited Term LTMIX | A | Dividend | K | T | Buy | 12/24/19 | J | | |
| 100. | | | | | Buy (add'l) | 12/26/19 | J | | |
| 101.   -Transamerica Intl TSWIX | A | Dividend | J | T | Buy | 12/24/19 | J | | |
| 102. | | | | | Buy (add'l) | 12/26/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodwin, Charles B. | 8/1/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  -Xtrackers MSCI DBEF | A | Dividend | J | T | Buy | 12/26/19 | J | | |
| 104.  -Xtrackers USD High Yield HYLB | A | Dividend | | | Buy | 01/18/19 | J | | |
| 105. | | | | | Sold | 12/26/19 | J | A | |
| 106.  -Vanguard Dividend VIG | A | Dividend | J | T | Buy | 12/26/19 | J | | |
| 107.  -Vanguard Financials ETF VFH | A | Dividend | | | Buy<br>(add'l) | 01/18/19 | J | | |
| 108. | | | | | Sold<br>(part) | 09/16/19 | J | A | |
| 109. | | | | | Sold | 12/26/19 | J | C | |
| 110.  -Vanguard FTSE Emerging VWO | A | Dividend | J | T | Buy | 12/26/19 | J | | |
| 111.  -Vanguard Information VGT | A | Dividend | | | Sold<br>(part) | 01/18/19 | J | A | |
| 112. | | | | | Sold<br>(part) | 07/18/19 | J | A | |
| 113. | | | | | Buy<br>(add'l) | 09/16/19 | J | | |
| 114. | | | | | Sold | 12/26/19 | J | C | |
| 115.  -Vanguard Intermediate BIV | A | Dividend | | | Buy<br>(add'l) | 01/18/19 | J | | |
| 116. | | | | | Sold<br>(part) | 01/18/19 | J | A | |
| 117. | | | | | Sold | 12/26/19 | J | B | |
| 118.  -Vanguard Short Term Bond BSV | A | Dividend | | | Buy<br>(add'l) | 01/18/19 | J | | |
| 119. | | | | | Sold<br>(part) | 01/18/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Goodwin, Charles B.** | 8/1/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐　　NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. | | | | | Sold | 12/26/19 | J | A | |
| 121.　-Wasatch International WAIGX | A | Dividend | J | T | Buy | 12/24/19 | J | | |
| 122. | | | | | Buy<br>(add'l) | 12/26/19 | J | | |
| 123.　First Oklahoma Investments LLC | B | Distribution | J | U | | | | | |
| 124.　Third Oklahoma Investments LLC (Y) | | | | | | | | | |
| 125.　Avenue F LLC | B | Distribution | K | U | | | | | |
| 126.　IRA Account #1 (H) | | | | | | | | | |
| 127.　-Merrill Lynch Cash Equivalent Account | A | Interest | J | T | | | | | |
| 128.　IRA Account #2 (H) | | | | | | | | | |
| 129.　-Merrill Lynch Cash Equivalent Account | A | Interest | J | T | | | | | |
| 130.　-Putnam Capital Spectrum PVSAX (Y) | A | Dividend | | | Sold | 12/26/19 | K | A | |
| 131.　-Thornburg Income Builder TIBAX (Y) | A | Dividend | | | Sold | 12/26/19 | L | C | |
| 132.　-Fidelity Advisor New FNIAX | A | Dividend | | | Sold | 12/26/19 | L | D | |
| 133.　-Virtus Allocator Premium VAAX | A | Dividend | | | Sold | 12/26/19 | K | A | |
| 134.　-AB High Income AGDYX | A | Dividend | J | T | Buy | 12/24/19 | J | | |
| 135. | | | | | Buy<br>(add'l) | 12/26/19 | J | | |
| 136.　-AB Income Fund Adv Class ACGYX | B | Dividend | K | T | Buy | 12/24/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodwin, Charles B. | 8/1/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy | 12/26/19 | K | | |
| 138. -Alps Alerian MLP ETF AMLP | A | Dividend | | | Buy (add'l) | 09/03/19 | J | | |
| 139. | | | | | Sold | 12/26/19 | J | A | |
| 140. -Blackrock Liquidity Fund TSTXX | A | Dividend | | | Buy | 08/16/19 | J | | |
| 141. | | | | | Sold | 12/24/19 | J | A | |
| 142. -Blackstone Alt Multi BXMIX | A | Dividend | | | Sold | 12/24/19 | J | A | |
| 143. -Clearbridge Large Cap SBLYX | A | Dividend | K | T | Buy | 12/24/19 | J | | |
| 144. | | | | | Buy | 12/26/19 | K | | |
| 145. -Columbia Dividend Income GSFTX | A | Dividend | L | T | Buy | 12/24/19 | J | | |
| 146. | | | | | Buy (add'l) | 12/26/19 | K | | |
| 147. -Eaton Vance Atlanta EISMX | A | Dividend | K | T | Buy | 12/24/19 | J | | |
| 148. | | | | | Buy (add'l) | 12/26/19 | K | | |
| 149. -Fidelity Adv. Intl Cap FCPIX | A | Dividend | K | T | Buy | 12/24/19 | J | | |
| 150. | | | | | Buy (add'l) | 12/26/19 | J | | |
| 151. -Franklin Convertible FCSZX | A | Dividend | J | T | Buy | 12/24/19 | J | | |
| 152. | | | | | Buy (add'l) | 12/26/19 | J | | |
| 153. -Frt Trt Val Indx FVD | A | Dividend | K | T | Buy | 12/26/19 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodwin, Charles B. | 8/1/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  -Invesco Emerging Markets PCY | A | Dividend | | | Sold | 01/18/19 | J | A | |
| 155.  -Invesco Preferred ETF PGX | A | Dividend | | | Sold | 12/26/19 | J | A | |
| 156.  -Invesco S&P 500 Low SPLV | A | Dividend | K | T | Buy | 12/26/19 | K | | |
| 157.  -IShares Core S&P 500 ETF IVV | A | Dividend | K | T | Buy | 12/26/19 | K | | |
| 158.  -IShares Iboxx LQD | A | Dividend | | | Sold | 12/26/19 | J | A | |
| 159.  -IShares Iboxx High Yeild HYG | A | Dividend | | | Sold | 12/26/19 | J | A | |
| 160.  -IShares Inc Core MSCI IEMG | A | Dividend | | | Sold (part) | 06/17/19 | J | A | |
| 161. | | | | | Sold | 12/26/19 | J | B | |
| 162.  -IShares MBS ETF MBB | A | Dividend | | | Sold | 12/24/19 | J | A | |
| 163.  -IShares Morningstar JKG | A | Dividend | J | T | Buy | 12/24/19 | J | | |
| 164.  -IShares Tips TIP | A | Dividend | J | T | Buy (add'l) | 12/26/19 | J | | |
| 165.  -IShares TR Core MSCI EAF IEFA | A | Dividend | | | Sold (part) | 01/18/19 | J | A | |
| 166. | | | | | Sold (part) | 06/17/19 | J | A | |
| 167. | | | | | Buy (add'l) | 09/03/19 | J | | |
| 168. | | | | | Sold | 12/26/19 | K | A | |
| 169.  -IShares 3-7 Year IEI | A | Dividend | | | Sold | 12/26/19 | J | A | |
| 170.  -JP Morgan Equity Income HLIEX | A | Dividend | K | T | Buy | 12/24/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodwin, Charles B. | 8/1/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. | | | | | Buy<br>(add'l) | 12/26/19 | K | | |
| 172.  -JP Morgan Equity Large Cap SEEGX | A | Dividend | K | T | Buy | 12/24/19 | J | | |
| 173. | | | | | Buy<br>(add'l) | 12/26/19 | K | | |
| 174.  -JP Morgan Global Bond GBOSX | A | Dividend | K | T | Buy | 12/24/19 | J | | |
| 175. | | | | | Buy<br>(add'l) | 12/26/19 | K | | |
| 176.  -Lord Abbett Short LDLFX | A | Dividend | K | T | Buy | 12/24/19 | J | | |
| 177. | | | | | Buy<br>(add'l) | 12/26/19 | K | | |
| 178.  -Mainstay Mackay High MMHIX | A | Dividend | K | T | Buy | 12/24/19 | J | | |
| 179. | | | | | Buy<br>(add'l) | 12/26/19 | J | | |
| 180.  -Pimco Income Fund CL12 PONPX | B | Dividend | K | T | Buy | 12/24/19 | J | | |
| 181. | | | | | Buy<br>(add'l) | 12/26/19 | K | | |
| 182.  -Transamerica Intl TSWIX | A | Dividend | K | T | Buy | 12/24/19 | J | | |
| 183. | | | | | Buy<br>(add'l) | 12/26/19 | K | | |
| 184.  -Xtrackers MSCI DBEF | A | Dividend | J | T | Buy | 12/26/19 | J | | |
| 185. | | | | | Sold<br>(part) | 12/26/19 | J | A | |
| 186.  -Vanguard FTSE Emergin VWO | A | Dividend | J | T | Buy | 12/26/19 | J | | |
| 187.  -Vanguard Growth ETF VUG | A | Dividend | | | Buy<br>(add'l) | 01/18/19 | J | | |

| | | | | |
|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Goodwin, Charles B.** | 8/1/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 06/17/19 | J | | |
| 189. | | | | | Sold (part) | 09/03/19 | J | A | |
| 190. | | | | | Sold | 12/26/19 | L | E | |
| 191.  -Vanguard Intermediate BIV | A | Dividend | | | Buy (add'l) | 01/18/19 | J | | |
| 192. | | | | | Sold (part) | 01/18/19 | J | A | |
| 193. | | | | | Sold | 12/26/19 | J | A | |
| 194.  -Vangurard Short Term Bond BSV | A | Dividend | | | Buy (add'l) | 01/18/19 | J | | |
| 195. | | | | | Sold (part) | 01/18/19 | J | A | |
| 196. | | | | | Sold | 12/26/19 | J | A | |
| 197.  -Vanguard Small Cap VBK | A | Dividend | | | Sold | 12/26/19 | J | B | |
| 198.  -Vanguard Small Cap Value VBR | A | Dividend | | | Sold | 12/26/19 | J | B | |
| 199.  -Vanguard Value ETF VTV | A | Dividend | | | Buy (add'l) | 01/18/19 | J | | |
| 200. | | | | | Sold | 12/26/19 | L | E | |
| 201.  -Wasatch International WAIGX | A | Dividend | J | T | Buy | 12/24/19 | J | | |
| 202. | | | | | Buy (add'l) | 12/26/19 | J | | |
| 203.  -Western Asset Core Plus | B | Dividend | K | T | Buy | 12/24/19 | J | | |
| 204. | | | | | Buy (add'l) | 12/26/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Goodwin, Charles B.** | 8/1/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. HSA Bank F/K/A JP M C B, NA HSA Service Center 2014 | A | Interest | K | T | | | | | |
| 206. IRA Account #3 | | | | | | | | | |
| 207. -CREF Money Market QCMMRX (Y) | | | | | | | | | |
| 208. -Schwab S&P 500 Index Fund SWPPX (X) | A | Dividend | J | T | | | | | |
| 209. -T-C Intl Eq Idx-Inst TCIEX (X) | A | Dividend | J | T | | | | | |
| 210. IRA Account #4 | | | | | | | | | |
| 211. -AmerCnt One Choice 2055 Ptf Fd AREVX | A | Dividend | J | T | | | | | |
| 212. IRA Account #5 | | | | | | | | | |
| 213. -Blackrock FDS III LIPPX | A | Dividend | J | T | | | | | |
| 214. Rental Property #1 Oklahoma City, Oklahoma | B | Rent | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 5 was previously listed as Treasuries. The treasuries were redeemed in a prior year for the current value code.

Lines 123 & 125 are LLC's that are partnerships that invest in different restaurants in Oklahoma and Arkansas.

Line 124 is an LLC whose interest was sold in 2018. The gain on that sale was less than $1,000.

Lines 130-133 are all assets that were transferred from IRA Account #1 to IRA Account #2 and subsequently were sold out of IRA Account #2.

Line 207 is a Money Market account that was used to purchase stock

Lines 208&209 are stocks that were bought in increments throughout 2019.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ Charles B. Goodwin

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544